**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SYLVIA JOAN BRINKLEY** | ) | **CASE NO. 25-06864-JJG-13** |
| | ) | |
| **Debtor** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of this Notice and an Amended Plan was served on the parties by placing a copy in the U.S. Mail or electronically on August 12, 2026 at the addresses listed below:

Respectfully submitted,

/s/ Flora A. Owolabi

Flora A. Owolabi, J.D.
Law Offices of Flora A. Owolabi
450 E. 96th Street, Suite 500
Indianapolis, IN 46240
Phone: (317) 210-0342
Fax: 317-936-3042
Email: flora@owolabilaw.com

**DISTRIBUTION LIST:**

**CHAPTER 13 TRUSTEE,**

**FORUM CREDIT UNION**
**CHURCH, CHURCH HITTLE & ANTRIM**
**TOW NORTH NINTH STREET**
**NOBLESVILLE, IN 46060**

**HUNTINGTON NATIONAL BANK**
**ATTN: BANKRUPTCY**
**PO BOX 1558**
**COLUMBUS, OH 43272**

**IC SYSTEMS, INC**
**ATTN: BANKRUPTCY**

**444 HIGHWAY 96 EAST P.O. BOX 64378**
**ST. PAUL, MN 55164**

**MARION COUNTY TREASURER'S OFFICE**
**200 E. WASHINGTON STREET**
**SUITE 1001**
**INDIANAPOLIS, IN 46204**

**THE HUNTINGTON NATIONAL BANK**
**ULRICH, SASSANO, DEIGHTON, DELANEY & HIG**
**10475 CROSSPOINT BLVD, SUITE 250**
**INDIANAPOLIS, IN 46256**