UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE:<br><br>Sylvia Joan Brinkley<br><br>Debtor | CASE NO: 25-06864-JJG-13 |

# **NOTICE OF CONFIRMATION**

On 10/02/2026, the Court entered the Order Confirming Plan in the Chapter 13 case listed above.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN 46204
(317)636-1062

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE:<br><br>Sylvia Joan Brinkley<br><br>Debtor | CASE NO: 25-06864-JJG-13 |

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/06/2026, a copy of the foregoing Notice of Confirmation will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

FLORA A. OWOLABI flora@owolabilaw.com

U.S. Trustee ustpregion10.in.ecf@usdoj.gov

I further certify that on 10/06/2026, a copy of the foregoing Notice of Entry of Confirmation was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/ John M. Hauber

John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN 46204
(317)636-1062

Sylvia Joan Brinkley
4317 E 39th Street
Indianapolis, IN 46226

Flora A Owolabi
Law Office of Flora A. Owolabi
450 E 96th Street
Suite 500
Indianapolis, IN 46240

Forum Credit Union
Church Church Hittle & Antrim
Tow North Ninth Street
Noblesville, IN 46060

Fresenius Medical Care
PO Box 635800
Cincinnati, OH 45263

Huntington National Bank
Attn: Bankruptcy
Po Box 1558
Columbus, OH 43272

IC Systems, Inc
Attn: Bankruptcy
444 Highway 96 East P.O. Box 64378
St. Paul, MN 55164

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204

Marion County Treasurer's Office
200 E. Washington Street
Suite 1001
Indianapolis, IN 46204

Marion County Treasurer's Office
200 E. Washington Street
Suite 1001
Indianapolis, IN 46204

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Sylvia Joan Brinkley
4317 East 39th Street
Indianapolis, IN 46226

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101

The Huntington National Bank
Ulrich, Sassano, Deighton, Delaney & Hig
10475 Crosspoint Blvd, Suite 250
Indianapolis, IN 46256

The Huntington National Bank

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204